

## CAUSE NO. 12-14-00220-CV

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **EAST TEXAS MEDICAL CENTER GILMER, APPELLANT** | } | **APPEALED FROM 115TH** |
| **V.** | } | **DISTRICT COURT IN AND FOR** |
| **BIRDER PORTER, APPELLEE** | } | **UPSHUR COUNTY, TEXAS** |

### PER CURIAM ORDER

The Court, having reviewed Appellant's Brief and Appellee's Brief, is of the opinion that further briefing is necessary on the issue presented by the parties.

IT IS THEREFORE ORDERED that East Texas Medical Center Gilmer, on or before thirty (30) days from the date of this Order, shall submit additional briefing to the Court on whether Birder Porter's claim is a "health care liability claim" in light of ***Ross v. St. Luke's Episcopal Hosp.***, No. 13-0439, 2015 WL 2009744 (Tex. May 1, 2015) and its progeny.

IT IS ALSO ORDERED that Birder Porter, on or before thirty (30) days after the date further briefing is filed in this Court by East Texas Medical Center Gilmer, shall respond to such further briefing.

IT IS FURTHER ORDERED that East Texas Medical Center Gilmer, if it deems necessary, on or before fifteen (15) days after the response of Birder Porter is filed in this Court, may reply to such response.

IT IS FINALLY ORDERED that this appeal is hereby removed from this Court's submission docket as well as its administrative docket until further of this Court or the filing of Appellant's Brief, whichever is the earlier date.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

FILE COPY

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 6th day of August 2015, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk